

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | ☑ Violation Notice  ☐ Information  ☐ Complaint | |
| vs<br>FALEENA M HOPKINS<br>Defendant | Case Number | L:23-PO-00019-SAH-1<br>L:23-PO-00020-SAH-1 |
| Violation Charged | 23-20<br>(1) Only oversnow vehicles permitted on oversnow routes<br><br>23-19<br>Stopping or parking upon the roadway<br>(1)<br>Operate vehicle in excess of posted speed limit<br>(2)<br>Fail to comply with a traffic control device<br>(3)<br>Operating a vehicle w/o due care (careless operation)<br>(4)<br>Fleeing or Attempting to Elude Police Officers (Traffic)<br>(5) | Citation Number | 23-20<br>(1)(9112808)<br>23-19<br>(1)(9126382)<br>(2)(9126383)<br>(3)(9126384)<br>(4)(9126385)<br>(5)(9126386) |
| Date Violation Notice Issued  01/27/2023 | Place | WYNP & WGT |

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 10:06-10:31   Interpreter

Date January 30, 2023   Interpreter Telephone

Before the Honorable Kelly H. Rankin

| Jessica Jarvis | | Zoom |
|---|---|---|
| Clerk | Probation | Reporter |
| Timothy J. Forwood | | |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear    Warrant issued on

☑ Appeared    ☑ By telephone

☐ Voluntarily ☑ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing
    ☐ FPD ☐ PANEL-CJA ☐ RETAINED

☐ Attorney waived

☑ Court orders case continued to Feb 28, 2023 at 10:00am
  reason: Arraignment

☑ Bail is set at $0.00
  ☑ P/R-No Amount ☐ Unsecured ☐ Cash/Surety

☑ Conditions of release
  Obey all laws, maintain regular contact with attorney, appear as required at all court appearances

> **COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
> ☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> ☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
>   This consent was made ☐ orally ☐ in writing

☑ Informed of charges and rights Date January 30, 2023
☐ Defendant arraigned Date
☐ Court accepts plea Defendant enters ☐ Guilty ☐ Not Guilty Plea
☐ Trial Witnesses

☐ Disposition
 ☐ Not Guilty
 ☐ Guilty
 ☐ Dismissed
 ☐ Collateral Forfeited
 ☐ *Nolo Contendere*
☐ PSI ordered
☐ Sentence Date
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
 ☐ With Supervision ☐ Without Supervision
☐ Special Conditions of Probation

☐ Fine  Payable
☐ Restitution To
☐ Community Service To

- ☐ Special Assessment
- ☐ Processing fee: $ 30.00
- ☐ Defendant advised of right to appeal
- ☑ Other  Defendant agreed to appear via Zoom Video.  Defendant advised the court she would be hiring an attorney.